IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BROOKE BARBER                                                                    PLAINTIFF

v.                              No. 3:19-cv-367-DPM

TIME FOR PEACE, PLLC and
APRIL TIMMS                                                                      DEFENDANTS

ORDER

Status report, *Doc. 21*, noted. No useful purpose would be served by holding a settlement conference at this point given the parties' divergent temperatures about the prospects for a deal. The 11 March 2021 conference is therefore canceled. The referral, however, remains in place. Magistrate Judge Ray stands willing and ready to schedule a conference if and when both sides want one. In the meantime, the Court will handle the new motion, *Doc. 19*. If defendants want to reply, they must do so by 5 March 2021. In the future, any moving party may reply within seven calendar days of the response.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 February 2021