IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BROOKE BARBER**                                                                       **PLAINTIFF**

v.                                    No. 3:19-cv-367-DPM

**TIME FOR PEACE, PLLC and**
**APRIL TIMMS**                                                                       **DEFENDANTS**

### ORDER

1. Defendants' motion to amend their answer, *Doc. 28*, is granted for good cause, with conditions. FED. R. CIV. P. 15(a)(2). Defendants denied the annual-sales allegation, *Doc. 3 at ¶ 17*, and then they admitted it, *Doc. 15 at ¶ 20*. This was, they say, a mistake. *Doc. 28 at ¶ 2*. That's good cause for a late change to make the answer accurately reflect Defendants' position. The conditions are these. Defendants must make April Timms available for a two-hour deposition—at the convenience of Plaintiff's counsel and at Defendants' expense—before 30 April 2021. Three calendar days before any deposition, Defendants must also produce copies of any annual-sales-related documents requested by Plaintiff. Plaintiff must file any notice of deposition and list of requested documents by 20 April 2021. Whether to take this deposition, request documents, or both is entirely Plaintiff's choice. The opportunity for this discovery will eliminate any trial-related prejudice to Plaintiff.

2. Defendants' motion to file a belated motion for summary judgment, *Doc. 26*, is denied. Defendants have not shown good cause for the belated motion. *Petrone v. Werner Enterprises, Inc.*, 940 F.3d 425, 434 (8th Cir. 2019); FED. R. CIV. P. 16(b)(4). Plaintiff conducted discovery without the benefit of the tax returns until right before discovery closed. Defendants made a tactical choice not to seek summary judgment in a timely motion using the returns. *Doc. 26 at 1*. And there's no gross annual sales requirement under the Arkansas Minimum Wage Act, ARK. CODE ANN. § 11-4-203(4)(B), so the state law claim would be unaffected. The most efficient and fairest way forward is to try this case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 April 2021