# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BROOKE BARBER                                                PLAINTIFF

v.                          No. 3:19-cv-367-DPM

TIME FOR PEACE, PLLC
and APRIL TIMMS                                              DEFENDANTS

## JUDGMENT

Barber's complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2022